UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2251

MESFIN KETEMA,

Plaintiff - Appellant,

versus

MIDWEST STAMPING, INCORPORATED; TERRY JUDY;
TEDD BALDWIN; CYNTHIA THOMPSON; KIMDRA BELSER,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Joseph F. Anderson, Jr., Chief
District Judge. (CA-02-502-3)

Submitted: January 14, 2004      Decided: February 23, 2004

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Mesfin Ketema, Appellant Pro Se. Derwood Lorraine Aydlette, III,
Christina Marie Summer, GIGNILLIAT, SAVITZ & BETTIS, Columbia,
South Carolina; Kenneth R. Young, Jr., Sumter, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mesfin Ketema seeks to appeal the district court's orders denying Ketema's motions for sanctions, removal of the magistrate judge and subpoenas. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The orders Ketema seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We also deny all of Ketema's pending motions, including his motions for an injunction, to join parties, to expedite, to join claims, and for en banc review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>